Timothy W. Connors #42839
P.O. Box 208 SDCC
Indian Springs, Nevada 89070
In Proper Person

FILED ✓      RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# United States District Court
## District of Nevada

| | |
|---|---|
| Timothy Wayne Connors, <br> Petitioner <br> -vs- <br> Brian E. Williams, Sr., et al., <br> Respondents. | Case No. 2:15-cv-01351-JAD-CWH <br><br> Record In Support of <br> 28 U.S.C. §2254 <br> Petition for Writ of Habeas Corpus |

Comes now the petitioner, Timothy Wayne Connors, by and through himself, in proper person, and does now formally submit the attached Record In Support of his Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

Dated this Date, 15 September 2015.

Respectfully Submitted

/s/ Timothy Connors

Index To Record In Support
of
Writ of Habeas Corpus
Pursuant to
28 U.S.C. § 2254

Item #1) Index and Minutes - Criminal Case No. C-99435

Item #2) Original Copy - Pretrial Writ of Habeas Corpus and Supporting Documents as well as Motions for Reasonable Bail and Order Granting Writ

Item #3) Docketing Statement, Oral Argument Order, Order of Remand and Remittitur - Nevada Supreme Court Case No. 22435

Item #4) Original Copy - Motion for Personal Recognizance Release
Original Copy - Motion for Reconsideration of Personal Recognizance Release and Order Shorting Time
Original Copy - Receipt of Copy

Item #5) Copy of Subpoena - Sean Patrick Trail for 28 September 1992
Copy of "Phone Message" from Mr. Trail to Mr. Terry
Copy - Mr. Terry's handwritten telephone number for Mr. Trail
Original Copy - Subpoena - Sean Patrick Trail

(1)

for 28 September 1992 - Filed 1 Oct 1992, 2:35 pm

Copy of letter dated 2 October 1992 - to Sean R Tnail

Copy of Letter dated 2 October 1992 - to Det. David Messier

Item #6) Original Letter dated 10 June 1993 from Abbie Logue (Silver)
— Supports Misconduct w/supporting Reports that attest same

Original Letter dated 2 July 1993 from Abbie Logue (Silver)
— Supports Misconduct
with supporting Reports that attest same

Original Letter dated 9 November 1993 from Abbie Logue
— Supports Misconduct and is admission

Memorandum - reference to "Messiah hearing"

Letter from Mr Terry to Ms. Logue   15 November 1993
Letter from Mr Terry to Ms. Logue   17 November 1993

Original Letter dated 22 November 1993 from Abbie Logue
— 2nd Admission / Supports Misconduct

Item #7) Letter from Mr Yampolsky to Ms Silver dated 28 December 1993
— Directly addresses Misconduct relating to infringement of the Defense Camp

Memorandum of Lt. Gen Luna dated 28 December 1993
— Detailed report of Contract with Defense Expert

Fax from Defense Expert to Do Investigator Luna dated
                                                    29 December 1993

(2)

Subpoena of Defense Expert — Fermin Montoya   dated 30 Jan 1994

Letter from Mr. Yampolsky to Mr. Montoya   dated 28 December 1993

Handwritten note from Lt. Cuna to Abbie Silver   Date unknown
— Identifies Defense Camp Infringment

Officers Report of Det. N. Ziola of Ms. Silvers'   dated 20 Jan 1994
use of information obtained from defense expert

Letter from Mr. Yampolsky to Ms. Silver   dated 28 Jan 1994
— 2nd letter addressing misconduct

Item #8) Letter from Mr. Terry to Mr. Trail   dated 25 Jan 1994
— addresses subpoena from 1994

Ex parte Motion for "Computer Generated Graphic Simulation" by Mr. Yampolsky   Dated ~ February 1994

Item #9) Instructions to the Jury — Filed 9 March 1994
— verdicts

Item #10) Objections and Exceptions to Jury Instructions.
   Original Filed 18 March 1994

Item #11) Minute Order for Judgment of Imprisonment
   Dated 18 May 1994

(3)

Item #12) Opposition to State's Motion to Dismiss, and for Appointment of New Counsel - Filed 20 Sept 1996

Order - Nevada Supreme Court Case No. 27113 - Filed 9 October 1996

Order - Nevada Supreme Court Case No. 27113 - Filed 31 Dec 1996

Order - Nevada Supreme Court Case No. 27113 - Filed 5 March 1997

Order - Clark County District Court, Dept. IV - Case No. C99435 - Filed 12 March 1997

Order - Clark County District Court, Dept IV - Case No. C99435 - Filed 10 June 1997

Item #13) Appellant's Amended Opening Brief, Case No. 27113

Appellant's Amended Reply Brief, Case No. 27113

Order - Nevada Supreme Court, Case No. 27113 * Dismissing Appeal - Filed 28 July 1998

Remittitur - Case No. 27113   Dated 18 August 1998

Item #14) Proper Person Request for Court Order, Case No. C99435 - Filed 26 April 1999

Order Denying Request, Case No. C99435 - Filed 21 May 1999

(4)

Item #15) Proper Person Writ of Habeas Corpus, Case No. C99435
                – Filed 6 Aug 1999

Item #16) Petition for Writ of Mandamus
     Nevada Supreme Court Case No 46025 – Filed 29 September 2005

    Order to Show Cause, Case No. 46025 – Filed 25 October 2005
    Order Granting Petition for Writ of Mandamus In Part
     and Denying In Part   Case No. 46025 – Filed 17 January 2006

    Writ of Mandamus, Case No. 46025 – Filed 17 January 2006
    Notice In Lieu of Remittitur, Case No. 46025 – Filed 14 February 2006

Item #17) Request for Order
     Nevada Supreme Court Case No 48403
                – Filed 15 November 2006

    Order Directing Response, Case No 48403
                – Filed 12 December 2006
    Order Granting Petition, Case No. 48403
                – Filed 1 February 2007
    Writ of Mandamus, Case No 48403
                – Filed 1 February 2007

Item #18) Request for Judicial Intervention and Stay of Proceedings
     and Acquisition of Jurisdiction
      Nevada Supreme Court Case No. 50035
                – Filed 30 August 2007
    Order Denying Petition, Case No. 50035
                – Filed 6 September 2007

Item #19) Original Copy - Petition for Writ of Mandamus
Nevada Supreme Court Case No. 51069
- Filed 13 February 2008

Notice of Entry of Decision and Order
Case No. C99435
- Filed 26 February 2008

Findings of Facts & Conclusions of Law, Case No. C99435
- Filed 25 February 2008

Order Denying Petition, Case No. 51069
- Filed 29 February 2008

Notice of Appeal, Case No. C99435
- original Copy
- Filed 5 March 2008

Confirmation of Compliance with NRS 34.380
- original Copy                Case No. 51069
- Filed March 2008

Item #20) Appellant's Informal Open Brief
Nevada Supreme Court Case No. 51247 - Filed/Received 16 July 2008

Notice of Informal Brief Filing, Case No 51247 - Filed/Received 22 July 2008

Order of Reversal and Remand, Case No 51247 - Filed 5 November 2009

Remittitur Case No. 51247   Dated 1 December 2009

Nevada Supreme Court Docket Sheet Case No 51247

(6)

Item #21) Request for Status Check, Update and Judicial Notice
Case No. C99435   — Filed 4 February 2010

Demand for Recusal, Case No. C99435
— Filed 22 February 2010

Judicial Notice and Request for Compliance with NRS 34.830
Case No. C99435   — Filed 9 August 2012

Notice of Entry of Findings of Fact, Conclusions of Law and Order — Case No. C99435 — Filed 21 August 2012

— Attached Findings of Fact, Conclusions of Law and Order
— Filed 13 August 2012

Notice of Appeal, Case No. C99435
— Filed 19 September 2012

Item #22) Receipt for Documents
Nevada Supreme Court Case No. 61749   Dated 21 September 2012

Order Granting Motion and Remanding for the Appointment of Counsel — Case No. 61749   — Filed 28 November 2012

Order Reinstating Briefing, Case No. 61749   — Filed 17 January 2013

Appellant's Opening Brief, Case No. 61749 — Dated 18 December 2013

Appellant's Reply Brief, Case No. 61749 — Filed 26 September 2014

Order of Affirmance, Case No. 61749 — Filed 10 June 2015

Remittitur, Case No. 61749   Dated 6 July 2015

(7)