Name _Timothy W. Connors_

Prison Number _42839_

Place of Confinement _Southern Desert Correctional Center_



FILED _____ ENTERED _____ ✓RECEIVED _____ SERVED ON COUNSEL/PARTIES OF RECORD

JUL 1 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_Timothy Wayne Connors_, Petitioner,
(Full Name)

vs.

_Brian E. Williams Sr._, Respondent,
(Name of Warden, Superintendent, jailor or
authorized person having custody of petitioner)

and

_The Attorney General of the State of Nevada_.

**2:15-cv-01351-JAD-CWH**

**PETITION FOR A
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY
( NOT SENTENCED TO DEATH)**

---

1. Name and location of court, and name of judge, that entered the judgment of conviction you are challenging: _8th Judicial District Court, Dept IV, Clark County, Nevada, Judge Bongiovanni._

2. Full date judgment of conviction was entered: _6 / 2 / 1994_. (month/day/year)

3. Did you appeal the conviction? _X_ Yes ___ No. Date appeal decided: _7 / 28 / 1998_.

4. Did you file a petition for post-conviction relief or petition for habeas corpus in the state court? _X_ Yes ___ No. If yes, name the court and date the petition was filed: _8th Judicial District Court_ _8 / 6 / 1999_. Did you appeal from the denial of the petition for post-conviction relief or petition for writ of habeas corpus? _X_ Yes ___ No. Date the appeal was decided: _See Attached_. Have all of the grounds stated in this petition been presented to the state supreme court? _X_ Yes ___ No. If no, which grounds have not? _____

5. Date you are mailing (or handing to correctional officer) this petition to this court: _7/8 / 13 /2015_.

   **Attach to this petition a copy of all state court written decisions regarding this conviction.**

§2254-Form
eff. 1/97

Continued from page 1, question 4:

" Did you appeal the denial of the petition for post-conviction relief or petition for writ of habeas corpus? _X_ Yes ___ No. Date the appeal was decided: 5 November 2009, case no. 51247, Nevada Supreme Court - Order of Reversal and Remand; 10 June 2015, case no. 61749, Nevada Supreme Court - Order of Affirmance. ~

i (A)

6.  Is this the first federal petition for writ of habeas corpus challenging this conviction?  ✗ Yes
    ___ No.   If no, what was the prior case number ? _____.  And in what court was the
    prior action filed? _____.
    Was the prior action ___ denied on the merits  or ___ dismissed for procedural reasons  (check
    one).  Date of decision: ____/____/____.   Are any of the issues in this petition raised in the
    prior petition?  ___ Yes ___ No.   If the prior case was denied on the merits, has the Ninth
    Circuit Court of Appeals given you permission to file this successive petition? ___ Yes ___ No.

7.  Do you have any petition, application, motion or appeal (or by any other means) now pending in
    any court regarding the conviction that you are challenging in this action?  ___ Yes ✗ No.
    If yes, state the name of the court and the nature of the proceedings: _____
    _____.

8.  Case number of the judgment of conviction being challenged: _C99435_____.

9.  Length and terms of sentence(s): Two Life Without Parole And Two 15 year sentences.

10. Start date and projected release date: 9 March 1992 (re-Arrest date); release date – N/A.

11. What was (were) the offense(s) for which you were convicted:  1st Degree Murder with use
    of Deadly Weapon And Robbery with use of Deadly Weapon

12. What was your plea? ___ Guilty ✗ Not Guilty ___ Nolo Contendere. If you pleaded guilty
    or nolo contendere pursuant to a plea bargain, state the terms and conditions of the agreement:
    _____.

13. Who was the attorney that represented you in the proceedings in state court?  Identify whether
    the attorney was appointed, retained, or whether you represented yourself *pro se* (without counsel).

| | Name of Attorney | Appointed | Retained | Pro se |
|---|---|---|---|---|
| arraignment and plea | Bill Terry | | X | |
| trial/guilty plea | Bill Terry (Retained) Mace Yampolsky (App.) | X | X | |
| sentencing | Bill Terry | | X | |
| direct appeal | Don Green, Michael Cherry, David Schieck | X | | |
| 1st post-conviction petition | myself | | | X |
| appeal from post conviction | myself | | | X |
| Remanded post-conviction petition | Cynthia Dustin | X | | |
| appeal from Remanded post-conviction | Rochelle Nguyen | X | | |

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 1

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my

__5th, 6th, and 14th__ Amendment right to _Due Process; Compulsory process & Confrontation of witnesses; Due Process of Law and Equal Protection_ based on these facts:

The use of witness testimony based upon an UNVerified document not Admitted into evidence, which circumstances indicate a lack of trustworthiness as to its Authenticity. Namely the testimony of Dr. Green which used an autopsy report as to the foundation of ▮▮▮▮▮ said testimony. Said report admitted by Dr. Green to have Never been verified. This testimony used to discredit primary defense.

**Exhaustion of state court remedies regarding Ground 1:**

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

X Yes ___ No. If no, explain why not: _____

_____.

▸ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

X Yes ___ No. If no, explain why not: _____

_____.

If yes, name of court: 8th Judicial District Court Dept. XXI   date petition filed ___/___/___.

Did you receive an evidentiary hearing? ___ Yes X No. Did you appeal to the Nevada Supreme

Court? X Yes ___ No. If no, explain why not: _____

_____.

If yes, did you raise this issue? X Yes ___ No. If no, explain why not: _____

_____.

▸ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes ___ No. If yes, explain why: _____

_____.

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme

Court? ___ Yes ___ No. If no, explain why not: _____

_____.

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

_____.

▸ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)? ___ Yes ___ No. If yes,

explain: _____

_____.

§2254-Form
eff. 1/97

4

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 2

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ___5th, 6th, and 14th___ Amendment right to ___Effective Assistance of Counsel___,

based on these facts:

The petitioner's trial counsel was ineffective for failing to:

A) Call witnesses favorable to the defense, namely; Sean Trail, Christopher Connors, and several John Does

B) Effectively challenge prosecution evidence/witnesses, namely; testimony of Gioncantieri and the admission of Bank records

Additionally, petitioner was denied effective assistance of counsel by the defense team for violating the mutual defense doctrine.

As well as Mr. Yampolsky conceding an essential element of the states case to the jury prior to the State presenting its case in chief thus taking a fact finding out of the jury's duty coupled with the right to a fair trial and the presumption of innocence.

**Exhaustion of state court remedies regarding Ground 2:**

▶ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes _X_ No. If no, explain why not: _Ineffective assistance of Counsel claim_

▶ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

_X_ Yes ___ No. If no, explain why not: _____

If yes, name of court: _3rd Judicial District Court_ date petition filed _8 / 6 / 1999_.

Did you receive an evidentiary hearing? _X_ Yes _■_ No. Did you appeal to the Nevada Supreme

Court? _X_ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? _X_ Yes ___ No. If no, explain why not: _____

▶ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes ___ No. If yes, explain why: _____

If yes, name of court: _____ date petition filed ___ / ___ / ___.

Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme

Court? ___ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

▶ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)? ___ Yes ___ No. If yes,

explain: _____

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 3

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ___5th, 6th, 14th___ Amendment right to ___Effective Assistance of Appellate Counsel___

based on these facts:

Appellate Counsel was ineffective for failing to raise the following issues on Direct Appeal: A) Did not raise the constitutional magnitude of the failure to sever petitioner's case from co-defendant's in that it rendered trial counsel ineffective by denying petitioner the right to call a witness vital to his defense, the only eye witness, his actual co-defendant. B) Did not raise the denial of petitioner's right to a speedy trial as guaranteed by the 6th Amendment. C) Did not raise the following additional grounds of prosector misconduct: I) Dilatory tactics of District Attorney's office causing delays in violation of petitioner's right to a speedy trial. II) Prosecutorial vindictiveness by increasing the criminal penalty for the sole purpose of causing delay. III) Giving false information to the district court regarding the "Perry" statements IV) Destruction of evidence favorable to the defense, the wire tape and written reports regarding the wire tape. V) Arguing uncharged acts of Robbery. VI) Did not raise fact that jury Instructions as whole and individually are burden shifting. VII) Did not move for a new trial based on the denial of the right to an impartial jury.

District Court would not allow any evidentiary hearing nor ~~~~ subpoena any witnesses — Case no. 51247 Nevada Supreme Court, order of Reversal and remand, 5 November 2009. On Remand, District Court's hearing did not go beyond the parameters of the original hearings in the Summer of 2007. Deprived of a meaningful opportunity to litigate.

**Exhaustion of state court remedies regarding Ground 3:**

▶ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes  _X_ No.  If no, explain why not:  *Ineffective Assistance of Appellate Counsel Claim*

▶ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

_X_ Yes  ___ No.  If no, explain why not:  _____

_____

If yes, name of court: *8th Judicial District Court* ___ date petition filed _8_ / _6_ / _1999_.

Did you receive an evidentiary hearing?  _X_ Yes  _X_ No.  Did you appeal to the Nevada Supreme

Court?_X_ Yes  ___ No.  If no, explain why not:  _____

_____

If yes, did you raise this issue?_X_Yes  ___ No.  If no, explain why not:  _____

_____

▶ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  ___ No.  If yes, explain why:  _____

_____

If yes, name of court: _____  date petition filed ___ / ___ / _____.

Did you receive an evidentiary hearing? ___ Yes  ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  ___ No.  If no, explain why not:  _____

_____

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____

▶ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  ___ No.  If yes,

explain:  _____

_____

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND # 4

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my _5ᵗʰ, 6ᵗʰ, and 14ᵗʰ_ Amendment right to _Due Process; Fair Trial; Equal Protection_.

based on these facts:

The Clark County District Attorney's Office committed prosecutorial misconduct with the following: A) Knowingly used false evidence and/or manufactured said evidence, namely the Gun records and the Map of the scene. B) Induced false testimony from Biovcontieri and Messinar. C) Giving knowing false information to the trial Court to subvert the defense. D) At oral Argument on Direct Appeal, giving ▮▮▮▮ false information to the ▮▮▮▮ Nevada Supreme Court and making notorial misrepresentations of fact to the Nevada Supreme Court.

District Court would not allow an evidentiary hearing nor subpoena any witnesses. Case No. 51247 Nevada Supreme Court order of Reversal and Remand, 5 November 2009. On Remand, District Court's hearing did not go beyond the parameters of the original hearings in the Summer of 2007. Deprived of a meaningful opportunity to litigate.

## Exhaustion of state court remedies regarding Ground # 4:

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes  X  No.  If no, explain why not:  _outside the trial Court Record_

---

▸ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

X  Yes  ___ No.  If no, explain why not:  _____

---

If yes, name of court:  _8th Judicial District Court_  date petition filed  _8 / 6 / 1999_.

Did you receive an evidentiary hearing?  ___ Yes  X  No.  Did you appeal to the Nevada Supreme

Court?  X  Yes  ___ No.  If no, explain why not:  _____

---

If yes, did you raise this issue?  X  Yes  ___ No.  If no, explain why not:  _____

---

▸ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  ___ No.  If yes, explain why:  _____

---

If yes, name of court:  _____  date petition filed  ___ / ___ / ___ .

Did you receive an evidentiary hearing?  ___ Yes  ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  ___ No.  If no, explain why not:  _____

---

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

---

▸ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  ___ No.  If yes,

explain:  _____

---

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND #5

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my _5th, 6th, and 14th_ Amendment right to _Due Process; Fair Trial; Equal Protection_.

based on these facts:

Failure of the United States Air Force to Disclose to the defense the Nellis Air Force Base Security surveillance recording of the event which took place on 14 December 1990 alongside the perimeter of the base itself.

Failure of the National Reconnaissance office to disclose satellite recording of the event

### Exhaustion of state court remedies regarding Ground # 5:

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes ☒No. If no, explain why not: _Outside trial court record_

▸ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

☒ Yes ___ No. If no, explain why not: _____

If yes, name of court: _8th Judicial District Court_ date petition filed _8_ / _6_ / _1999_

Did you receive an evidentiary hearing? ___ Yes ☒ No. Did you appeal to the Nevada Supreme

Court? ☒ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ☒ Yes ___ No. If no, explain why not: _____

▸ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes ___ No. If yes, explain why: _____

If yes, name of court: _____ date petition filed ___ / ___ / ___ .

Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme

Court? ___ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

▸ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)? ___ Yes ___ No. If yes,

explain: _____

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 6

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my __1st, 5th, 6th, and 14th__ Amendment right to _Access the Courts; due process; a fair trial; and Equal protection of the law_, based on these facts:

Pervasive Governmental Misconduct in that the Nevada Department of Prisons and the Nevada Attorney General's Office actively prevented the petitioner from using, and enforcing the Freedom of Information Act 5 U.S.C. § 552 so as to gain evidence to be used in a motion for a new trial

District Court would not allow an evidentiary hearing nor subpoenas as to this issue. Case No 51247, Nevada Supreme Court, Order of Reversal and Remand, 5 November 2009. On Remand, District Court's hearing did not go beyond the parameters of the original hearings held in the Summer of 2007, in fact even less so, thus depriving the petitioner of a meaningful opportunity to Mitigate.

**Exhaustion of state court remedies regarding Ground 1:**

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes  _X_ No.  If no, explain why not:  _Outside the trial Court Record_

_____.

▸ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

_X_ Yes  ___ No.  If no, explain why not:  _____

_____.

If yes, name of court:  _8th Judicial District Court_  date petition filed _8/6/1999_.

Did you receive an evidentiary hearing?  ___ Yes  _X_ No.  Did you appeal to the Nevada Supreme

Court?_X_ Yes  ___ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?_X_Yes  ___ No.  If no, explain why not:  _____

_____.

▸ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  ___ No.  If yes, explain why:  _____

_____.

If yes, name of court:  _____  date petition filed ___/___/___.

Did you receive an evidentiary hearing?  ___ Yes  ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  ___ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____.

▸ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  ___ No.  If yes,

explain:  _____

_____.

§2254-Form
eff. 1/97                                    14

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND #7

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my
__1st 5th, 6th, and 14th__ Amendment right to _Due Process; Access the Courts; Obtain witnesses; Equal Protection_ based on these facts:

In August 1999, petitioner filed his state post conviction writ of habeas corpus in a timely manner under Nevada law. Having been learned that the District Court removed the writ from calendar, petitioner filed a Writ of Mandamus with the Nevada Supreme Court (Case No. 46035) Writ was partially granted 17 January, 2006. With no action taken by District Court on Mandamus order, Petitioner attempted to vest jurisdiction of his Habeas Corpus with the Nevada Supreme Court (Case No. 48403) which failed. The Nevada Supreme Court instead issued a second Mandamus directing the District Court to hear the writ of habeas corpus. By the time the writ was heard, key witness David Messinar Died. If only writ was heard on first Mandamus or even when filed, Messinar would have testified to D.A.'s Misconduct and destroying of evidence which he had personally turned over to her.
This oppressive delay and denial of Due Process Should's un heard. 8 years between the filing of the writ and a partial hearing. With the appeal process (Case No. 51247) and the granting of a new hearing, which still did not allow for a hearing on the merits of claims, time stands at 16 years denial of due process on claims that should have been addressed in 1999. Dismissal of case against petitioner is requested.

**Exhaustion of state court remedies regarding Ground # 7:**

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes ✗ No. If no, explain why not: _Outside Scope of Direct Review_

▸ **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

✗ Yes ___ No. If no, explain why not: _____

If yes, name of court: _Nevada Supreme Court_ date petition filed _11 / 15 / 2006_

Did you receive an evidentiary hearing? ___ Yes ✗ No. Did you appeal to the Nevada Supreme

Court? ___ Yes ✗ No. If no, explain why not: _Granted Mandamus insted and ordered Hearos to be hard_

If yes, did you raise this issue? ✗ Yes ___ No. If no, explain why not: _N/A_

▸ **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes ___ No. If yes, explain why: _____

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme

Court? ___ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

▸ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)? ___ Yes ___ No. If yes,

explain: _____

**WHEREFORE,** petitioner prays that the court will grant him such relief to which he is entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

_____
(Name of person who wrote this
complaint if not Plaintiff )

_____
(Signature of Plaintiff)

_13 July 2015_
(Date)

_____
(Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)


## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at _Southern Desert Correctional Center_ on _13 July 2015_.
(Location)                                                  (Date)

_____
(Signature)

_42859_
(Inmate prison number)



SUPREME COURT OF NEVADA
OFFICE OF THE CLERK
201 S. Carson Street, Suite 201
Carson City, Nevada  89701

Address Service Requested

1494

$ 000.70

TIMOTHY W. CONNORS
INMATE ID: 42839
SDCC
P.O. BOX 208
INDIAN SPRINGS NV 89070



SUPREME COURT OF NEVADA

OFFICE OF THE CLERK

TRACIE K. LINDEMAN, CLERK

201 SOUTH CARSON STREET, SUITE 201

CARSON CITY, NEVADA   89701-4702

Telephone
(775) 684-1600

July 6, 2015

TIMOTHY W. CONNORS
INMATE ID: 42839
SDCC
P.O. BOX 208
INDIAN SPRINGS NV 89070

Re:  Request for information on case 61749

Dear Mr. Morrissette:

This is in response to your letter received July 6th, 2015, requesting information on a the case noted above.  Enclosed in this correspondence is that information.

If there are any additional documents that you require, because of the time and expense involved in locating, retrieving, copying certain documents filed in the Nevada Supreme Court, we do not provide those copies without charge.  However, court cases are now available for viewing and printing at no charge from the court's website, nevadajudiciary.us. Click on the **Supreme Court** link in the box entitled **Supreme Court Cases,** click on **Case Search.** This will take you to the public portal where you can enter the case number or party name and access most documents filed in the case. If you do not have access to this website, you can provide this information to  a friend or relative who can copy the documents for you.

Sincerely,

Danna

Danna
Administrative Asst.

# Nevada Supreme Court Docket Sheet

**Docket:  61749   CONNORS (TIMOTHY) VS. STATE**                                           Page 1

| | |
|---|---|
| TIMOTHY W. CONNORS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | Supreme Court No. 61749<br><br>Consolidated with: |

---

### Counsel

Nguyen & Lay, Las Vegas, NV \ Rochelle T. Nguyen, as counsel for Appellant, Timothy W. Connors

Attorney General/Carson City, Carson City, NV \ Adam Paul Laxalt, as counsel for Respondent, The State of Nevada

Clark County District Attorney, Las Vegas, NV \ Ryan J. MacDonald, Steven S. Owens, as counsel for Respondent, The State of Nevada

---

### Case Information

**Panel:** NNP15                                              **Panel Members:**   Saitta/Gibbons/Pickering

**Disqualifications:**

**Case Status:**   Remittitur Issued/Case Closed

**Category:**   Criminal Appeal          **Type:**  Life                    **Subtype:**   Post-Conviction

**Submitted:**   On Briefs                          **Date Submitted:**   09/26/14

**Oral Argument:**

**Sett. Notice Issued:**                **Sett. Judge:**                        **Sett. Status:**

**Related Supreme Court Cases:**    46025, 46552, 48403, 50035, 50086, 51069, 51247

---

### District Court Case Information

**Case Number:**    C099435

**Case Title:**   STATE VS. TIMOTHY W. CONNORS

**Judicial District:**  Eighth              **Division:**                 **County:**   Clark Co.

**Sitting Judge:**    Valerie Adair

**Replaced By:**

**Notice of Appeal Filed:**   09/19/12   Appeal          **Judgment Appealed From Filed:**   08/13/12
                                              09/24/12   Appeal

---

### Docket Entries

| Date | Docket Entries | |
|---|---|---|
| 09/21/12 | Appeal Filing fee waived.  Criminal. | |
| 09/21/12 | Filed Notice of Appeal/Proper Person. Appeal docketed in the Supreme Court this day. | 12-29974 |
| 09/26/12 | Filed Notice of Appeal. (Docketing statement mailed to counsel for appellant.) | 12-30376 |
| 09/26/12 | Issued Notice to File Case Appeal Statement/Criminal. Due date: 10 days | 12-30378 |
| 10/22/12 | Issued Notice to File Docketing Statement and Request Transcripts. Due date: 10 days. | 12-33359 |
| 11/20/12 | Filed Appellant's Motion to Expand Time to File Docketing Statement and Certificate of No Transcript Needed. | 12-36830 |

## Nevada Supreme Court Docket Sheet

**Docket:  61749   CONNORS (TIMOTHY) VS. STATE**                                   Page 2

| | | |
|---|---|---|
| 11/20/12 | Received Docketing Statement. (FILED PER ORDER 11/21/12) | |
| 11/20/12 | Received Certificate of No Transcript Request. (FILED PER ORDER 11/21/12) | |
| 11/21/12 | Filed Order Granting Motion. The motion for an extension of time to file the docketing statement and certificate of no transcripts will be requested, is granted. The clerk of this court shall file the documents received on November 20, 2012. | 12-36998 |
| 11/21/12 | Filed Docketing Statement. | 12-36999 |
| 11/21/12 | Filed Certificate of No Transcript Request. | 12-37000 |
| 11/27/12 | Filed Motion to Withdraw as Counsel. | 12-37395 |
| 11/28/12 | Filed Order Granting Motion to Withdraw and Remanding for Appointment of Counsel. The clerk of this court shall remove Ms. Dustin as counsel for appellant. District Court: written or minute order appointing appellate counsel due: 35 days. Briefing suspended. | 12-37535 |
| 01/16/13 | Filed District Court Order Appointing Counsel. Filed certified copy of order filed in district court on January 15, 2013 appointing Rochelle Nguyen as counsel for appellant. | 13-01697 |
| 01/17/13 | Filed Order Reinstating Briefing. Appellant: Opening Brief and Appendix due: 90 days. | 13-01925 |
| 03/27/13 | Filed Appellant's Motion to Expand Time to File Opening Brief (60 days). | 13-09130 |
| 03/29/13 | Filed Order Granting Motion. Appellant: Opening Brief and Appendix due: June 17, 2013. | 13-09354 |
| 06/13/13 | Filed Appellant's Second Motion to Expand Time to File Opening Brief. | 13-17517 |
| 06/21/13 | Filed Order Granting Motion In Part. Appellant's opening brief and appendix due: October 15, 2013. | 13-18309 |
| 10/15/13 | Filed Appellant's Third Motion to Expand Time to File Opening Brief. | 13-30875 |
| 10/21/13 | Filed Order Granting Motion In Part. Appellant shall have until December 17, 2013, to file and serve the opening brief and appendix. | 13-31526 |
| 12/17/13 | Filed Appellant's Appendix Volume 1. | 13-38231 |
| 12/17/13 | Filed Appellant's Appendix Volume 2. | 13-38233 |
| 12/17/13 | Filed Appellant's Appendix Volume 3. | 13-38234 |
| 12/17/13 | Filed Appellant's Appendix Volume 4. | 13-38235 |
| 12/17/13 | Filed Appellant's Appendix Volume 5. | 13-38236 |
| 12/17/13 | Filed Appellant's Appendix Volume 6. | 13-38237 |
| 12/17/13 | Filed Appellant's Appendix Volume 7. | 13-38261 |
| 12/17/13 | Filed Appellant's Appendix Volume 8. | 13-38262 |
| 12/17/13 | Filed Appellant's Appendix Volume 9. | 13-38263 |
| 12/17/13 | Filed Appellant's Appendix Volume 10. | 13-38264 |
| 12/17/13 | Filed Appellant's Appendix Volume 11. | 13-38265 |
| 12/17/13 | Filed Appellant's Appendix Volume 12. | 13-38266 |
| 12/17/13 | Filed Appellant's Appendix Volume 13. | 13-38267 |
| 12/17/13 | Filed Appellant's Appendix Volume 14. | 13-38268 |
| 12/17/13 | Filed Appellant's Appendix Volume 15. | 13-38269 |
| 12/17/13 | Filed Appellant's Appendix Volume 16. | 13-38270 |
| 12/17/13 | Filed Appellant's Appendix Volume 17. | 13-38271 |

# Nevada Supreme Court Docket Sheet

| Docket: | 61749   CONNORS (TIMOTHY) VS. STATE | Page 3 |
|---|---|---|
| 12/17/13 | Filed Appellant's Appendix Volume 18. | 13-38272 |
| 12/17/13 | Filed Appellant's Appendix Volume 19. | 13-38273 |
| 12/17/13 | Filed Appellant's Appendix Volume 20. | 13-38274 |
| 12/17/13 | Filed Appellant's Appendix Volume 21. | 13-38275 |
| 12/17/13 | Filed Appellant's Appendix Volume 22. | 13-38291 |
| 12/17/13 | Filed Appellant's Appendix Volume 23. | 13-38292 |
| 12/17/13 | Filed Appellant's Appendix Volume 24. | 13-38293 |
| 12/17/13 | Filed Appellant's Appendix Volume 25. | 13-38294 |
| 12/17/13 | Filed Appellant's Appendix Volume 26. | 13-38295 |
| 12/17/13 | Filed Appellant's Appendix Volume 27. | 13-38296 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 29 | 13-38298 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 28 | 13-38297 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 30 | 13-38299 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 31 | 13-38300 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 32 | 13-38301 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 33 | 13-38302 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 34 | 13-38303 |
| 12/17/13 | Filed Appendix to Opening Brief Appellant's Appendix Volume 35 | 13-38304 |
| 12/18/13 | Filed Appellant's Opening Brief. | 13-38507 |
| 01/17/14 | Filed Motion for Enlargement of Time - First Request (Answering Brief - 60 days). | 14-01808 |
| 01/23/14 | Filed Order Granting Motion. Respondent shall have until March 18, 2014, to file and serve the answering brief. | 14-02328 |
| 03/18/14 | Filed Motion for Extension of Time to File Answering Brief - Second Request. | 14-08656 |
| 03/28/14 | Filed Order Granting Motion. Respondent shall have until May 2, 2014, to file and serve the answering brief. | 14-09862 |
| 05/02/14 | Filed Motion for Extension of Time to File Answering Brief - Third Request. | 14-14199 |
| 05/08/14 | Filed Order Granting Motion. Respondent shall have until June 2, 2014, to file and serve the answering brief. | 14-14864 |
| 06/02/14 | Filed Motion for Enlargement of Time - Fourth Request (Answering Brief). | 14-17673 |
| 06/06/14 | Filed Order Granting Motion. Respondent: Answering brief due: June 23, 2014. | 14-18491 |
| 06/23/14 | Filed Motion for Extension of Time to File Answering Brief - Fifth Request. | 14-20543 |
| 06/30/14 | Received Respondent's Answering Brief.  (FILED PER ORDER 7/3/14). | |
| 07/03/14 | Filed Order Granting Motion.  The clerk shall file the answering brief received on June 30, 2014,  Reply Brief due:  30 days. | 14-21763 |
| 07/03/14 | Filed Respondent's Answering Brief. | 14-21764 |
| 08/04/14 | Filed Order Granting Telephonic Extension. Appellant shall have until August 11, 2014, to file and serve the reply brief. | 14-25380 |
| 08/11/14 | Filed Appellant's Motion to Expand Time to File Reply Brief. | 14-26249 |

## Nevada Supreme Court Docket Sheet

| Docket: | 61749   CONNORS (TIMOTHY) VS. STATE | Page 4 |
|---|---|---|
| 08/13/14 | Filed Order Granting Motion. Appellant shall have until September 25, 2014, to file and serve the reply brief. | 14-26554 |
| 09/26/14 | Filed Appellant's Reply Brief. | 14-32018 |
| 09/26/14 | Briefing Completed/Submitted For Decision. | |
| 06/10/15 | Filed Order of Affirmance. "ORDER the judgment of the district court AFFIRMED."NNP15-NS/MG/KP. | 15-17714 |
| 07/06/15 | Issued Remittitur. | 15-20370 |
| 07/06/15 | Remittitur Issued/Case Closed. | |

Legal Mail

P.O. Box 208 SDCC
Indian Springs, Nevada
89070

Clerk of the Court
United States District Court, District of Nevada
333 South Las Vegas Blvd., Ste. 1334
Las Vegas, Nevada 85101