# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Wayne Connors,<br><br>　　Petitioner<br><br>v.<br><br>Warden Brian E. Williams, SR., et al.,<br><br>　　Respondents | 2:15-cv-01351-JAD-CWH<br><br>**Order Appointing Counsel and Setting Briefing Schedule** |

On October 8, 2015, I granted Connors's motion for appointment of counsel, appointed the Federal Public Defender (FPD) for the District of Nevada to represent Connors, and instructed the Clerk of Court to file and serve Connors's habeas petition.[1] The FPD has filed a notice of conflict of interest,[2] so I appoint CJA-panel attorney Julian Gregory to represent Connors in this action and set a briefing schedule.

IT IS HEREBY ORDERED that **the Federal Public Defender is released as counsel**. **Julian Gregory, 324 S. 3rd St. Suite 200 Las Vegas, NV 89101, tel. 702-625-1183 is appointed to represent Connors.** Mr Gregory will represent Connors in all future proceedings in this court relating to this matter, including subsequent actions and appeals as provided by 18 USC 3006A(a)(2)(b). **The Clerk of Court is instructed to mail a copy of this order to Mr. Gregory; Mr. Gregory is instructed to enter a notice of appearance by May 15, 2016.**

Mr. Gregory is instructed to meet with Connors as soon as possible to: (a) review 28 U.S.C. § 2254 procedures, (b) discuss and explore Connors's potential grounds for relief, and (c) advise Connors that all possible grounds for habeas corpus relief must be raised at this time and that failure to do so will likely result in the omitted grounds being barred from future review.

---

[1] ECF No. 7.

[2] ECF No. 9.

IT IS FURTHER ORDERED that **Mr. Gregory must file an amended petition for writ of habeas corpus by July 25, 2016**, that must include all known grounds for relief (both exhausted and unexhausted). Respondents will have 30 days after the filing of the amended petition to answer or otherwise respond. Any response must comply with the Habeas Rule 5 provisions below:

1. Respondents must raise all procedural defenses, including exhaustion, together in a single, consolidated motion to dismiss. Any omitted defenses will be deemed waived. Respondents must not file a response that consolidates their procedural defenses with their response on the merits, except as provided under 28 U.S.C. § 2254(b)(2).

2. In any answer filed on the merits, respondents must cite to and address the applicable state court record materials supporting their response.

3. Connors will have 30 days from service of the answer, motion to dismiss, or other response to file a reply or opposition. Any other requests for relief by respondents by motion or otherwise are subject to the normal briefing schedule under the local rules.

4. Any additional state court record exhibits must be filed with a separate index of exhibits identifying the exhibits by number. Any CM/ECF attachments must also be identified by the number or numbers of the exhibits in the attachment.

5. The parties must send courtesy copies of all exhibits to the Reno Division of this court. Though the Local Rules provide that parties should send paper courtesy copies of filings over fifty pages, in this instance, courtesy copies may be in paper form or as PDF documents saved to a CD–with each PDF clearly identified by exhibit number. Courtesy copies should be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

Dated this 25th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge