UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY WAYNE CONNORS,

    Petitioner                                                           2:15-cv-01351-JAD-CWH

vs.

BRIAN E. WILLIAMS, *et al.*,                              **ORDER**

                                                                                          ECF No. 16

    Respondents

_____/

    In this habeas corpus action, the petitioner, Timothy Wayne Connors, is due to file an amended habeas petition by October 28, 2016.  *See* ECF No. 14.  On October 17, 2016, Connors filed a motion for extension of time (ECF No. 16), requesting a 60-day extension.  Connors's counsel states that the extension of time is necessary to properly review the record, advise the petitioner, and draft the amended petition.  Respondents do not oppose the motion for extension of time.  The Court finds that Connors's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

    **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (**ECF No 16**) is **GRANTED**.  **Petitioner will have until and including December 27, 2016, to file an amended petition for writ of habeas corpus.**  In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2016 (ECF No. 14) will remain in effect.

    Dated this 24th day of October, 2016.

                                                                                             _____

                                                                                       UNITED STATES DISTRICT JUDGE