UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TIMOTHY WAYNE CONNORS, | Case No. 2:15-cv-01351-JAD-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BRIAN E. WILLIAMS, SR., et al., | |
| Respondents. | |

Before the court is habeas petitioner Timothy Wayne Connors' motion for extension of time to file a first-amended petition (ECF No. 23). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file a first-amended petition **(ECF No. 23) is GRANTED**. Petitioner must file the petition by July 5, 2017.

DATED: 20 June 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1