UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Wayne Connors,<br><br>    Petitioner<br><br>v.<br><br>Warden Brian E. Williams, Sr., et al.,<br><br>    Respondents | 2:15-cv-01351-JAD-CWH<br><br>Order Granting Extensions of Time<br><br>[ECF Nos. 25, 26] |

    Counseled petitioner Timothy Wayne Connors filed a fourth and fifth unopposed motion for an extension of time to file a first-amended petition.[1] Good cause appearing, the motions are granted. Connors is advised that, absent extraordinary circumstances, I am unlikely to grant any further extensions.

    Accordingly, IT IS HEREBY ORDERED that Connors's fourth and fifth motions for extension of time to file a first-amended petition [ECF Nos. 25, 26] are both GRANTED. Connors has until November 17, 2017, to file his first-amended petition.

    DATED: October 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF Nos. 25, 26.