**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Timothy Wayne Connors,<br><br>    Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., et al.,<br><br>    Respondents | 2:15-cv-01351-JAD-CWH<br><br>**Order**<br><br>[ECF Nos. 81, 82] |

Counseled petitioner Timothy Wayne Connors petitions for writ of habeas corpus to challenge his 1994 state-court conviction and life-without-parole sentence. Counsel for Connors moves for permission to file a 71-page amended petition,[1] and the respondents ask for an extra 45 days to respond to it.[2]

The local rule that limits briefs and points and authorities to 30 pages[3] does not apply to petitions for habeas corpus. So, Connors does not need permission for his 71-page amended petition, and his request for it is thus denied.

Counsel for respondents asks to extend his December 18, 2017, deadline to respond to the petition by 45 days to February 1, 2018. I find that he has shown good cause for this extension of time, and I grant his request.

Accordingly, IT IS HEREBY ORDERED that:

- The Motion for Leave to File Excess Pages **[ECF No. 81] is DENIED** as unnecessary;

. . .

---

[1] ECF No. 81.

[2] ECF No. 82.

[3] L.R. 7-4.

- The Motion for an Extension of Time to Respond to Petitioner's First Amended Petition for Writ of Habeas Corpus **[ECF No. 82] is GRANTED. Respondents have until February 1, 2018, to respond to the amended petition**.

DATED: January 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey