# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Wayne Connors, | Case No.: 2:15-cv-01351-JAD-CWH |
| Petitioner, | |
| v. | **Order** |
| Warden Brian Williams, et al., | [ECF Nos. 98, 99, 101] |
| Respondents | |

Timothy Wayne Connors brings this counseled habeas corpus petition under 28 U.S.C. § 2254 to challenge his 1994 Nevada state murder and robbery convictions for which he is serving a life sentence without the possibility of parole. On September 19, 2018, I found that Connors petition is a mixed one and gave him until October 19, 2018, to notify the court how he would like to proceed.[1] Connors's attorney filed an unopposed motion to extend that deadline to November 9, 2018, and then on November 9, 2018, filed a motion for stay and abeyance.[2] Though he is counseled, Connors filed a pro se request to extend that deadline, too.[3] Respondents have moved to extend their deadline to respond to the motion to stay and abey to December 26, 2018.[4]

Good cause appearing,

---

[1] ECF No. 97.
[2] ECF No. 100.
[3] ECF No. 99.
[4] ECF No. 101.

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Exercise Option **[ECF No. 98] is GRANTED** nunc pro tunc to November 9, 2018, and the motion for stay and abeyance [ECF No. 100] is deemed timely;

IT IS FURTHER ORDERED that Connors's pro se request to extend that same deadline **[ECF No. 99] is DENIED** as moot and because he is represented by counsel and thus prohibited by local rule IA 11-6(a)[5] from submitting his own filings; and

IT IS FURTHER ORDERED that the Respondents' Motion for an Extension of Time to File Response to Petitioner's Motion for Stay and Abeyance **[ECF No. 101] is GRANTED.**

Dated: December 21, 2018

_____
U.S. District Judge

---

[5] The rule states, "A party who has appeared by attorney cannot while so represented appear or act I the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." L.R. IA 11-6(a).