# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors,<br><br>　　　Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., et al.,<br><br>　　　Respondents | Case No.: 2:15-cv-01351-JAD-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to January 8, 2024**<br><br>[ECF No. 122] |

Timothy Wayne Connors asks for an extension of time to file a second-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed first motion for extension of time to file a second-amended petition **[ECF No. 122] is GRANTED**. **The deadline to file the amended petition is extended to January 8, 2024**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: December 4, 2023

---

[1] ECF No. 122.