# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors,<br><br>    Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., et al.,<br><br>    Respondents | Case No.: 2:15-cv-01351-JAD-NJK<br><br>**Order Granting Extension of Time to File Response to Second-Amended Petition to May 23, 2024**<br><br>[ECF No. 131] |

Respondents seek an extension of time to respond to Timothy Wayne Connors' second-amended 28 U.S.C. § 2254 habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that respondents' unopposed second motion for extension of time to file a response to the second-amended petition **[ECF No. 131] is GRANTED**.  **The deadline to file the response is extended to May 23, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 10, 2024, *nunc pro tunc* to April 8, 2024

---

[1] ECF No. 131.