# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors,<br><br>Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., *et al.*,<br><br>Respondents | Case No.: 2:15-cv-01351-JAD-NJK<br><br>**Order Granting Extension of Time to File Response to Motion to Dismiss Second-Amended Petition to September 6, 2024**<br><br>[ECF No. 140] |

Petitioner Timothy Wayne Connors asks the court for an extension of time to respond to respondents' motion to dismiss his second-amended 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a response to the motion to dismiss **[ECF No. 140] is GRANTED**. **The deadline to file the response is extended to September 6, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2024 *nunc pro tunc* to August 26, 2024

---

[1] ECF No. 140.