UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors,<br><br>    Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., *et al.*,<br><br>    Respondents | Case No.: 2:15-cv-01351-JAD-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to September 17, 2024**<br><br>[ECF No. 144] |

Respondents seek an extension of time to file a reply in support of their motion to dismiss Timothy Wayne Connors's second-amended 28 U.S.C. § 2254 habeas corpus petition.[1]  Good cause appearing,

    IT IS ORDERED that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 144] is GRANTED** *nunc pro tunc* to September 13, 2024.  **The deadline to reply is extended to September 17, 2024**.

                                                                        _____
                                                                        U.S. District Judge Jennifer A. Dorsey
                                                                        Dated: September 18, 2024

---

[1] ECF No. 144.