UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors, | Case No.: 2:15-cv-01351-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Extension of Time to File Answer to Petition to May 30, 2025** |
| Brian E. Williams, Sr., *et al.*, | |
| Respondents | [ECF No. 148] |

Respondents seek an extension of time to file their answer to the remaining claims in Timothy Wayne Connors' second-amended 28 U.S.C. § 2254 habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 148] is GRANTED**.  **The deadline to answer is extended to May 30, 2025**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2025

---

[1] ECF No. 148.