# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Timonthy Wayne Connors,<br><br>　　　　Petitioner<br><br>v.<br><br>Brian E. Williams, Sr., *et al.*,<br><br>　　　　Respondents | Case No.: 2:15-cv-01351-JAD-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of the Petition to September 29, 2025**<br><br>[ECF No. 151] |

　　　Timothy Wayne Connors seeks an extension of time to file the reply in support of his second-amended 28 U.S.C. § 2254 habeas corpus petition.[1]  Counsel for Connors explains that she wants to meet with him in person prior to filing the reply and that warden approval for a visit where Connors is currently housed takes about three weeks.  Good cause appearing,

　　　IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 151] is GRANTED**.  **The deadline is extended to September 29, 2025**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　Dated: June 20, 2025

---

[1] ECF No. 151.